# EXHIBIT 1

IN THE CIRCUIT COURT OF MARYLAND
FOR MONTGOMERY COUNTY

| | |
|---|---|
| TANYA S. COOK-ELLIS<br>325 Masseys Church Road<br>Smyrna DE 19977, | *<br><br>* |
| *Plaintiff*, | * |
| v. | * |
| SODEXO OPERATIONS, LLC<br>9801 Washingtonian Blvd.<br>Gaithersburg, MD 20878, | *   Case No.: _____<br><br>* |
| *Defendant*. | * |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Tanya S. Cook-Ellis, Plaintiff, by John B. Stolarz, her attorney, sues Sodexo Operations LLC, Defendant, and states:

1. Tanya S. Cook-Ellis, Plaintiff, who is Black, is a resident of Smyrna, Delaware.

2. Defendant Sodexo Operations, LLC is a Delaware corporation with its principal place of business in Montgomery County, Maryland.

3. The Plaintiff began working for Defendant on August 8, 2016 as the Quality Assurance and Compliance Director, a role in which the Plaintiff provided leadership and expertise to ensure the delivery of safe, high quality patient care services.

4. . Defendant pursuant to contract, provided full integrated Facilities Management (IFM) services to Pfizer, Inc. After beginning her employment with Defendant, Plaintiff was assigned to work on Defendant's Pfizer, Inc. account, where she managed the Quality Assurance Managers at eight different Pfizer sites.

5. Throughout her employment with Defendant, Ms. Cook-Ellis has performed above Defendant's legitimate and reasonable expectations. This was reflected in Defendant's performance evaluations. In 2017 Defendant rated Plaintiff's performance as "Excellent." In 2018 and 2019 Defendant rated Plaintiff's performance as "Exceeds

expectations." Although there was no evaluation in 2020 because of Covid, Plaintiff received a 3% merit raise and her full bonus.

6. Defendant's confidence in Plaintiff's abilities were demonstrated when Defendant included Plaintiff's resume in multiple bids for new business, as demonstrative of the caliber and skills of Sodexo's staff.

7. Plaintiff's record of employment with Defendant is wholly devoid of any performance-based criticism or discipline.

8. On, or about, August 5, 2020 Plaintiff filed a complaint that Wayne Magro, the Vice President of Operations of Plaintiff's unit, fostered a racially hostile work environment. One other Black manager also complained about Wayne Magro. Another Black employee also filed a complaint of a racially hostile work environment.

9. Shortly thereafter, Wayne Magro retaliated against the Plaintiff for filing the complaint of a racially hostile work environment during a telephone conference with some of Defendant's executive members. During the conference call hosted by Dave Kimball and attended by his Operations vice-presidents of Sodexo North America, Wayne Magro made negative comments about the Plaintiff. Wayne Magro branded Plaintiff as someone who "works in a silo," and is difficult and unwilling to collaborate with, or meet others halfway. These comments spread throughout the Operations leadership impacting her ability to obtain another position with Defendant.

10. Further, since making the complaint of a racially hostile work environment, and as a result of the negative comments by Wayne Magro, Plaintiff has been denied four promotions and one lateral transfer, for which she applied.

11. Some time in late 2020, Pfizer terminated the Hard Utilities portion of its contract with Defendant. Thereafter, in further retaliation against the Plaintiff for making the complaint about a racially hostile work environment, on, or about, December 16, 2020 Wayne Magro informed Plaintiff that her position would be eliminated when Pfizer, Inc. transferred the Soft Utilities portion of the Defendant's contract to Jones, Lang & Lasalle, Inc. (JLL).

12. Wayne Magro did not invite Plaintiff, or Genesis Harsley, another Black employee, to information sessions with the company taking over Pfizer's Soft services from

Sodexo.

13. As part of the transition, virtually all of the affected employees, except for Plaintiff, were transferred to work for JLL or transitioned to other positions with Defendant. Wayne Magro prepared the transition proposal of employees to be transferred. In retaliation for the complaint against him, Wayne Magro eliminated Plaintiff's position.

14. The proposal to eliminate Plaintiff's roles was not within the scope of responsibility for Wayne Magro, as defined by Defendant's Global Quality Assurance and Compliance Pharmaceutical QA Management and Reporting Policy. Nevertheless, Wayne Magro presented Plaintiff's termination to Pfizer despite Mr. Magro's not having the authority to make that decision. Wayne Magro and his direct manager, Dave Kimball, submitted the proposal to Pfizer without consultation and/or informing Plaintiff's direct supervisor until it was accepted and approved by Pfizer.

15. Plaintiff's position was the only position eliminated when the Pfizer Account was transferred to JLL. All other impacted employees were transferred to work for JLL or transferred to other roles on other accounts within Sodexo, or remained on the reduced scope contract in new roles.

16. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) on April 23, 2021. On March 3, 2023 the EEOC issued a Notice of Right to Sue.

## COUNT ONE
### Violation of Title VII
### Discrimination

17. The foregoing paragraphs are incorporated herein.

18. Defendant's failure to promote the Plaintiff, the failure to transfer Plaintiff to another position with Defendant, the failure to recommend Plaintiff for a position with JLL, and terminating the Plaintiff were based upon Defendant''s institutional animosity toward the Plaintiff, and other Black managers, because of their race, in violation of Title VII, 42 U.S.C. § 2000e, *et. seq.*

19. As a result of Defendant's unlawful actions, the Plaintiff suffered a loss of wages and was caused to suffer emotional distress such as, but not limited to depression, anxiety,

the loss of sleep, humiliation and embarrassment.

Wherefore Plaintiff requests:

A. Judgment against Defendant;

B. Payment of back wages lost on account of the termination;

C. Compensatory Damages in the amount of $ 300,000.00;

D. Punitive Damages in the amount of $ 1,000,000.00;

E. Reasonable Attorney Fees and litigation expenses;

F. And for such other further relief, as may be appropriate.

## COUNT TWO
## Violation of 42 U.S.C § 1981
### Discrimination

20. The foregoing paragraphs are incorporated herein.

21. 42 U.S.C.§ 1981 provides, in part, that all persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws . . . as is enjoyed by white citizens. Section 1981 bans all racial discrimination in the making of public and private contracts, including employment contracts.

22. Defendant's failure to promote the Plaintiff, the failure to transfer Plaintiff to another position with Defendant, the failure to recommend Plaintiff for a position with JLL, and terminating the Plaintiff were based upon Defendant's institutional animosity toward the Plaintiff, and other Black managers, because of their race, in violation of 42 U.S.C. § 1981.

23. As a result of Defendant's unlawful actions, the Plaintiff was damaged as aforesaid.

Wherefore Plaintiff requests:

A. Judgment against Defendant;

B. Payment of back wages lost on account of the termination;

C. Compensatory Damages in the amount of $ 1,000,000.00;

D. Punitive Damages in the amount of $ 1,000,000.00;

E. Reasonable Attorney Fees and litigation expenses;

F. And for such other further relief, as may be appropriate.

## COUNT THREE
### Violation of Title VII
### Retaliation

24. The foregoing paragraphs are incorporated herein.

25. Defendant's failure to promote the Plaintiff, the failure to transfer Plaintiff to another position with Defendant, the failure to recommend Plaintiff for a position with JLL, and terminating the Plaintiff were in retaliation of Plaintiff filing a complaint alleging racial discrimination. Defendant's actions were a violation of Title VII, 42 U.S.C. § 2000e, *et. seq.*

26. As a result of Defendant's unlawful actions, the Plaintiff was damaged as aforesaid.

Wherefore Plaintiff requests:

A. Judgment against Defendant;

B. Payment of back wages lost on account of the termination;

C. Compensatory Damages in the amount of $ 300,000.00;

D. Punitive Damages in the amount of $ 1,000,000.00;

E. Reasonable Attorney Fees and litigation expenses;

F. And for such other further relief, as may be appropriate.

## COUNT FOUR
### Violation of 42 U.S.C § 1981
### Retaliation

27. The foregoing paragraphs are incorporated herein.

28. Defendant's failure to promote the Plaintiff, the failure to transfer Plaintiff to another position with Defendant, the failure to recommend Plaintiff for a position with JLL, and terminating the Plaintiff were in retaliation of Plaintiff filing a complaint alleging racial discrimination. Defendant's actions were a violation of 42 U.S.C. § 1981.

29. As a result of Defendant's unlawful actions, the Plaintiff was damaged as aforesaid.

Wherefore Plaintiff requests:

A. Judgment against Defendant;

B. Payment of back wages lost on account of the termination;

C. Compensatory Damages in the amount of $ 1,000,000.00;

D. Punitive Damages in the amount of $ 1,000,000.00;

E. Reasonable Attorney Fees and litigation expenses;

F. And for such other further relief, as may be appropriate.

/s/ John B. Stolarz
John B. Stolarz
AIS No.: 7911010330
The Stolarz Law Firm
6509 York Road
Baltimore, MD 21212
(410) 532-7200
(410) 372-0529 (fax)
stolarz@verizon.net

Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Tanya S. Cook-Ellis, Plaintiff, by John B. Stolarz, her attorney, demands a jury trial on all issues.

/s/ John B. Stolarz
John B. Stolarz

Attorney for Plaintiff

T:\a\5479\Pleadings\Complaint.wpd

IN THE CIRCUIT COURT FOR Montgomery County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT   CASE NUMBER _____ (Clerk to insert)

CASE NAME: TANYA S. COOK ELLIS vs. SODEXO OPERATIONS, LLC
             Plaintiff                          Defendant

PARTY'S NAME: _____   PHONE: _____
PARTY'S ADDRESS: _____
PARTY'S E-MAIL: _____

**If represented by an attorney:**
PARTY'S ATTORNEY'S NAME: JOHN B. STOLARZ   PHONE: 410-532-7200
PARTY'S ATTORNEY'S ADDRESS: 6509 YORK ROAD BALTIMORE MD 21212
PARTY'S ATTORNEY'S E-MAIL: stolarz@verizon.net

JURY DEMAND? ☒Yes ☐No
RELATED CASE PENDING? ☐Yes ☒No   If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: ____ hours   5 days

### PLEADING TYPE

New Case: ☐Original   ☐Administrative Appeal   ☐Appeal
Existing Case: ☐Post-Judgment   ☐Amendment

*If filing in an existing case, skip Case Category/Subcategory section - go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mnopl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☒ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)   Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☒ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☒ Over $100,000

☐ Medical Bills $_____     ☐ Wage Loss $_____     ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation       ☒ Yes  ☐ No            C. Settlement Conference   ☒ Yes  ☐ No
B. Arbitration     ☐ Yes  ☒ No            D. Neutral Evaluation      ☐ Yes  ☒ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check **here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*               *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☒ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited** - Trial within 7 months of Defendant's response           ☐ **Standard** - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

May 30, 2023
Date

The Stolarz Law Firm 6509 York Road.
Address

Baltimore      MD      21212
City           State   Zip Code

_Signature of Counsel / Party_

John B. Stolarz
Printed Name

IN THE CIRCUIT COURT FOR _____
(City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☐ PLAINTIFF  ☐ DEFENDANT        CASE NUMBER _____
(Clerk to insert)
CASE NAME: _____ vs. _____
Plaintiff                                             Defendant
PARTY'S NAME: _____ PHONE: _____
PARTY'S ADDRESS: _____
PARTY'S E-MAIL: _____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME: _____ PHONE: _____
PARTY'S ATTORNEY'S ADDRESS: _____
PARTY'S ATTORNEY'S E-MAIL: _____
JURY DEMAND? ☐ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☐ No  If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL?: _____ hours _____ days

### PLEADING TYPE

New Case:      ☐ Original          ☐ Administrative Appeal    ☐ Appeal
Existing Case: ☐ Post-Judgment     ☐ Amendment
*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
   ☐ Commercial
   ☐ Residential
   ☐ Currency or Vehicle
   ☐ Deed of Trust
   ☐ Land Installments
   ☐ Lien
   ☐ Mortgage
   ☐ Right of Redemption
   ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 08/2022)                                Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Financial Exploitation
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory

- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order

- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above,* mark one of the following. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.     ☐ Liability is not conceded, but is not seriously in dispute.     ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☐ Over $100,000

☐ Medical Bills $ _____     ☐ Wage Loss $ _____     ☐ Property Damages $ _____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation          ☐ Yes ☐ No          C. Settlement Conference     ☐ Yes ☐ No
B. Arbitration        ☐ Yes ☐ No          D. Neutral Evaluation         ☐ Yes ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, check here and attach form CC-DC-041

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check here and attach form CC-DC-049

## ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.

*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ Expedited - Trial within 7 months of Defendant's response          ☐ Standard - Trial within 18 months of Defendant's response

## EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 08/2022)          Page 2 of 3

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

| ☐ Expedited - Trial within 7 months of Defendant's response | ☐ Standard - Trial within 18 months of Defendant's response |
|---|---|

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | |
|---|---|
| ☐ Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ Civil-Short | Trial 210 days from first answer. |
| ☐ Civil-Standard | Trial 360 days from first answer. |
| ☐ Custom | Scheduling order entered by individual judge. |
| ☐ Asbestos | Special scheduling order. |
| ☐ Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ Tax Sale Foreclosures | Special scheduling order. |
| ☐ Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

_____        _____ _____
Date                             Signature of Attorney / Party   Attorney Number

_____        _____
Address                          Printed Name

_____ _____ _____
City    State   Zip Code

CC-DCM-002 (Rev. 08/2022)                    Page 3 of 3